UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

| | |
|---|---|
| DANIEL MCGRAW and SUSAN MCGRAW, | |
| Plaintiffs, | Civil Action: 1:15-CV-1424-WCG |
| v. | |
| SUPERIOR AVIATION, LTD., KUBICK AVIATION SERVICES, INC., and QBE INSURANCE CORP., | **DECLARATION OF JOHN P. LORINGER IN SUPPORT OF SUPERIOR AVIATION, LTD AND QBE INSURANCE CORP.'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |
| Defendants. | |

I, JOHN P. LORINGER, declare:

1. I am an attorney representing Defendants, Superior Aviation, LTD. and QBE Insurance Corp., in the above-entitled action. I make this declaration in support of Superior Aviation, LTD. and QBE Insurance Corp.'s Motion for Partial Summary Judgment.

2. Attached hereto as Exhibit "A" is a true and correct copy of Plaintiff's Answers to Superior Aviation and QBE Insurance Corp.'s First Set of Written Interrogatories and Document Requests dated April 18, 2016.

3. Attached hereto as Exhibit "B" is a true and correct copy of the National Transportation Safety Board's Factual Report dated August 25, 2015.

4. Attached hereto as Exhibit "C" is a true and correct copy of the Superior Aviation Work Order dated December 10, 2013.

5. Attached hereto as Exhibit "D" is a true and correct copy of excerpts from the deposition of Alex Dupras taken on June 24, 2016.

6. Attached hereto as Exhibit "E" is a true and correct copy of excerpts from the deposition of Timothy Spreen taken on June 27, 2016.

7. Attached hereto as Exhibit "F" is a true and correct copy of the expert report by Matthew Lykins dated April 29, 2016.

8. Attached hereto as Exhibit "G" is a true and correct copy of excerpts from the deposition of Matthew Lykins taken on June 16, 2016.

9. Attached hereto as Exhibit "H" is a true and correct copy of the expert report by Douglas Stimpson dated July 1, 2016.

10. Attached hereto as Exhibit "I" is a true and correct copy of Superior Aviation and QBE Insurance Corp.'s First Set of Written Interrogatories and Document Requests to the Plaintiff, Daniel McGraw dated March 17, 2016.

11. Attached hereto as Exhibit "J" is a true and correct copy of Superior Aviation and QBE Insurance Corp.'s First Requests for Admission and Written Interrogatories to Daniel McGraw and Susan McGraw dated August 5, 2016.

12. Attached hereto as Exhibit "K" is a true and correct copy of Plaintiff's Answers to Superior Aviation and QBE Insurance Corp.'s First Requests for Admissions and Written Interrogatories dated September 20, 2016.

I declare under penalty of law that the foregoing is true and correct.

DATED: Milwaukee, Wisconsin, September 30, 2016.

*/s/ John P. Loringer*
JOHN P. LORINGER

2

241102v.1
Case 1:15-cv-01424-WCG   Filed 09/30/16   Page 2 of 2   Document 26-1