# EXHIBIT B

| | | |
|---|---|---|
| National Transportation Safety Board **FACTUAL REPORT AVIATION** | NTSB ID: CEN14LA241 | Aircraft Registration Number: N246AK |
| | Occurrence Date: 05/06/2014 | Most Critical Injury: Serious |
| | Occurrence Type: Accident | Investigated By: NTSB |

### Location/Time

| Nearest City/Place | State | Zip Code | Local Time | Time Zone | |
|---|---|---|---|---|---|
| Crivitz | WI | 54114 | 1118 | CDT | |

| Airport Proximity: Off Airport/Airstrip | Distance From Landing Facility: |
|---|---|

### Aircraft Information Summary

| Aircraft Manufacturer | Model/Series | Type of Aircraft |
|---|---|---|
| KINSLER ARTHUR PAUL | KINSLER LANCAIR/MKII/NO SERIES | Airplane |

| Revenue Sightseeing Flight: No | Air Medical Transport Flight: No |
|---|---|

### Narrative

Brief narrative statement of facts, conditions and circumstances pertinent to the accident/incident:

*** Note: NTSB investigators may not have traveled in support of this investigation and used data provided by various sources to prepare this aircraft accident report. ***

On May 6, 2014, about 1118 central daylight time, an amateur built Kinsler Lancair MKII airplane, N246AK, sustained substantial damage during a forced landing following a loss of engine power near Crivitz, Wisconsin. The pilot sustained serious injuries during the forced landing. The aircraft was registered to and operated by the pilot under the provisions of 14 Code of Federal Regulations Part 91 as a personal flight. Visual meteorological conditions prevailed for the flight, which was not on a flight plan. The flight originated from the J. Douglas Bake Memorial Airport, Oconto, Wisconsin, about 20 minutes prior to the accident, and was destined for the Ford Airport (IMT), near Iron Mountain Michigan.

The pilot reported that about 10-15 minutes into the flight he detected the odor of aviation gasoline inside the cockpit. He said that he looked at his fuel pressure gauge and it read zero so he turned on the electric boost pump. The gauge reading still read zero, so he turned the boost pump off. The airplane's engine was losing power. The pilot used his GPS receiver to a turn toward the Crivitz Municipal Airport (3D1), Crivitz, Wisconsin, but he was not able to visually locate the airport. He saw a large field and performed a forced landing with the landing gear retracted.

The Federal Aviation Administration Inspector that examined the airplane at the accident scene saw a fitting on the engine driven fuel pump that did not have a hose attached. He was unable to physically access the fitting during the on-scene examination. After the airplane was recovered from the accident site, another examination revealed that the fitting was the inlet fitting of the mechanical fuel pump. The hose that attached to the fitting had come loose and was no longer attached. The hose was present and the fitting on the hose and the mating fitting on the fuel pump showed no physical damage. The fittings appeared to be standard AN fittings. The location of the fitting in question was above the level of the fuel tanks and would have prevented leaking or siphoning of fuel when the airplane was parked.

Updated on Aug 25 2015  1:06PM

| National Transportation Safety Board | NTSB ID: | CEN14LA241 |
| --- | --- | --- |
| **FACTUAL REPORT AVIATION** | Occurrence Date: | 05/06/2014 |
| | Occurrence Type: | Accident |

## Landing Facility/Approach Information

| Airport Name | Airport ID: | Airport Elevation | Runway Used | Runway Length | Runway Width |
| --- | --- | --- | --- | --- | --- |
| N/A | | Ft. MSL | N/A | | |

Runway Surface Type:

Runway Surface Condition: Rough; Vegetation

Approach/Arrival Flown: NONE

VFR Approach/Landing: Forced Landing

## Aircraft Information

| Aircraft Manufacturer | Model/Series | Serial Number |
| --- | --- | --- |
| KINSLER ARTHUR PAUL | KINSLER LANCAIR/MKII/NO SERIES | 778 |

Airworthiness Certificate(s): Experimental (Special)

Landing Gear Type: Retractable - Tricycle

| Amateur Built Acft? Yes | Number of Seats: 2 | Certified Max Gross Wt. 1685 LBS | Number of Engines: 1 |
| --- | --- | --- | --- |
| Engine Type: Reciprocating | Engine Manufacturer: LYCOMING | Model/Series: IO-360-B1E | Rated Power: 180 HP |

- Aircraft Inspection Information

| Type of Last Inspection | Date of Last Inspection | Time Since Last Inspection | Airframe Total Time |
| --- | --- | --- | --- |
| Conditional | 02/2014 | 4 Hours | 790 Hours |

- Emergency Locator Transmitter (ELT) Information

| ELT Installed?/Type Yes / | ELT Operated? | ELT Aided in Locating Accident Site? |
| --- | --- | --- |

## Owner/Operator Information

| Registered Aircraft Owner | Street Address | | | |
| --- | --- | --- | --- | --- |
| MCGRAW DANIEL J | City LENA | | State WI | Zip Code 541399437 |
| Operator of Aircraft | Street Address | | | |
| MCGRAW DANIEL J | City LENA | | State WI | Zip Code 541399437 |

Operator Does Business As:     Operator Designator Code:

- Type of U.S. Certificate(s) Held: None

Air Carrier Operating Certificate(s):

Operating Certificate:     Operator Certificate:

Regulation Flight Conducted Under: Part 91: General Aviation

Type of Flight Operation Conducted: Personal

FACTUAL REPORT - AVIATION     Page 2

| National Transportation Safety Board | NTSB ID: CEN14LA241 | |
|---|---|---|
| **FACTUAL REPORT AVIATION** | Occurrence Date: 05/06/2014 | |
| | Occurrence Type: Accident | |

## First Pilot Information

| Name | | City | State | Date of Birth | Age |
|---|---|---|---|---|---|
| On File | | On File | On File | On File | 66 |

| Sex: | Seat Occupied: Left | Occupational Pilot? Unknown | Certificate Number: On File |
|---|---|---|---|

Certificate(s): Flight Instructor; Commercial

Airplane Rating(s): Single-engine Land

Rotorcraft/Glider/LTA: Helicopter

Instrument Rating(s): Airplane; Helicopter

Instructor Rating(s): Airplane Single-engine; Instrument Airplane

Current Biennial Flight Review?

| Medical Cert.: Class 3 | Medical Cert. Status: With Waivers/Limitations | Date of Last Medical Exam: 07/2013 |
|---|---|---|

| - Flight Time Matrix | All A/C | This Make and Model | Airplane Single Engine | Airplane Mult-Engine | Night | Instrument Actual | Simulated | Rotorcraft | Glider | Lighter Than Air |
|---|---|---|---|---|---|---|---|---|---|---|
| Total Time | 2839 | 389 | 680 | 4 | 370 | 228 | 96 | 2155 | | |
| Pilot In Command(PIC) | 2270 | 374 | 645 | 0 | | | | 1625 | | |
| Instructor | | | | | | | | | | |
| Instruction Received | | | | | | | | | | |
| Last 90 Days | 4.1 | 4.1 | 4.1 | | | | | | | |
| Last 30 Days | 4.1 | 4.1 | 4.1 | | | | | | | |
| Last 24 Hours | | | | | | | | | | |

| Seatbelt Used? | Shoulder Harness Used? | Toxicology Performed? No | Second Pilot? No |
|---|---|---|---|

## Flight Plan/Itinerary

Type of Flight Plan Filed: None

| Departure Point | State | Airport Identifier | Departure Time | Time Zone |
|---|---|---|---|---|
| OCONTO | WI | OCQ | | |

| Destination | State | Airport Identifier | |
|---|---|---|---|
| IRON MOUNTAIN | MI | IMT | |

Type of Clearance: None

Type of Airspace: Class G

## Weather Information

Pilot's Source of Wx Information:

Unknown

FACTUAL REPORT - AVIATION    Page 3

| National Transportation Safety Board | NTSB ID: CEN14LA241 |
| --- | --- |
| **FACTUAL REPORT AVIATION** | Occurrence Date: 05/06/2014 |
| | Occurrence Type: Accident |

## Weather Information

| WOF ID | Observation Time | Time Zone | WOF Elevation | WOF Distance From Accident Site | Direction From Accident Site |
| --- | --- | --- | --- | --- | --- |
| MNM | 1615 | UTC | 625 Ft. MSL | 20 NM | 90 Deg. Mag. |

Sky/Lowest Cloud Condition: **Clear**　　Ft. AGL　　Condition of Light: **Day**

Lowest Ceiling: **None**　　Ft. AGL　　Visibility: **10** SM　　Altimeter: **30.14** "Hg

Temperature: **8** °C　　Dew Point: **-2** °C　　Weather Conditions at Accident Site: **Visual Conditions**

Wind Direction: **80**　　Wind Speed: **8**　　Wind Gusts:

Visibility (RVR):　　Ft.　　Visibility (RVV):　　SM

Precip and/or Obscuration:
　No Obscuration; No Precipitation

## Accident Information

Aircraft Damage: **Substantial**　　Aircraft Fire: **None**　　Aircraft Explosion: **None**

| - Injury Summary Matrix | Fatal | Serious | Minor | None | TOTAL |
| --- | --- | --- | --- | --- | --- |
| First Pilot | | 1 | | | 1 |
| Second Pilot | | | | | |
| Student Pilot | | | | | |
| Flight Instructor | | | | | |
| Check Pilot | | | | | |
| Flight Engineer | | | | | |
| Cabin Attendants | | | | | |
| Other Crew | | | | | |
| Passengers | | | | | |
| - TOTAL ABOARD - | | 1 | | | 1 |
| Other Ground | | | | | |
| - GRAND TOTAL - | | 1 | | | 1 |

| National Transportation Safety Board | NTSB ID: CEN14LA241 | |
| --- | --- | --- |
| **FACTUAL REPORT AVIATION** | Occurrence Date: 05/06/2014 | |
| | Occurrence Type: Accident | |

## Administrative Information

Investigator-In-Charge (IIC)

John M. Brannen

Additional Persons Participating in This Accident/Incident Investigation:

Mark Tremmel
FAA - Milwaukee FSDO
Milwaukee, WI