# EXHIBIT C

# Superior Aviation,
PO Box 338
Iron Mountain, MI. 49801
Phone: 906-774-0400   Fax: 906-774-1645
www.superioraviation.com

# Work Order

| Date | Work Order # |
|---|---|
| 12/10/2013 | M-30119 |



Daniel McGraw
3905 Sugar Bush Rd.
Lena, WI 54139

| Tail Number |
|---|
| N246AK |

| Aircraft Total Time |
|---|
|  |

| Make | Model | Serial Number | | Terms |
|---|---|---|---|---|
| Kinsler Arthur Paul | MKII | 778 | | Due on receipt |

| SQ # | Item | Description | Qty | Rate | Amount |
|---|---|---|---|---|---|
| 1 |  | Annual Inspection. Annual Inspection completed IAW FAR 43, Appendix D. All appropriate torques, safety wire, anti-seizes & procedures used. See W/O M-30119 for detail of work performed. |  |  |  |
|  | (M)MS35769-21(N) | Gasket (C3) | 1.00 | 0.64 | 0.64T |
|  | Aeroshell 15W50 | Aeroshell 15W50 | 7.00 | 9.86 | 69.02T |
|  | Tier 3 Labor Rate | Labor | 12.50 | 68.00 | 850.00 |
| 2 |  | Throttle Rod end Jam nut. Throttle cable rod end jam nut was loose at fuel servo. Jam nut tightened, rigging check good. |  |  |  |
|  | Tier 3 Labor Rate | Labor | 0.25 | 68.00 | 17.00 |
| 3 |  | Firewall fuel strainer. Fuel F/W strainer, "Gasculator" was loose at the firewall. Gasculator nuts tightened. |  |  |  |
|  | Tier 3 Labor Rate | Labor | 0.25 | 68.00 | 17.00 |
| 4 |  | Winterization plate. Winterization plate installed on engine baffle. |  |  |  |
|  | Tier 3 Labor Rate | Labor | 0.25 | 68.00 | 17.00 |
| 5 |  | Cabin heat scoop. Pilot complained of bad heat flow. A small wind scoop was fabricated out of 0.20 2024-T3 aluminum. Old rivets drilled out of baffling. Fabricated piece, screwed together via 3 standard rivets, painted, and screwed to baffle w/screws & nuts. |  |  |  |
|  | Tier 3 Labor Rate | Labor | 4.50 | 68.00 | 306.00 |

Sales Tax (0.00)

Total

Payments/Credits

**Balance Due**

Page 1

Case 1:15-cv-01424-WCG   Filed 09/30/16   Page 2 of 8   Document 26-4   SAL 000023

# Superior Aviation,
PO Box 338  
Iron Mountain, MI. 49801  
Phone: 906-774-0400  Fax: 906-774-1645  
www.superioraviation.com

# Work Order

| Date | Work Order # |
|---|---|
| 12/10/2013 | M-30119 |



Daniel McGraw  
3905 Sugar Bush Rd.  
Lena, WI 54139

| Tail Number |
|---|
| N246AK |

| Aircraft Total Time |
|---|
|  |

| Make | Model | Serial Number | | Terms |
|---|---|---|---|---|
| Kinsler Arthur Paul | MKII | 778 | | Due on receipt |

| SQ # | Item | Description | Qty | Rate | Amount |
|---|---|---|---|---|---|
| 6 |  | Fuel Injector screen. Cylinder # 4 fuel injector was missing screen. Fuel injector replaced with new. Torqued to 60 in. lbs. | | | |
|  | (M)LW18265 | Nozzle Fuel Injection | 1.00 | 301.76 | 301.76T |
|  | Tier 3 Labor Rate | Labor | 0.25 | 68.00 | 17.00 |
| 7 |  | Engine Control cables, bend. All engine control cable ends were nut bent at the point where they passed through their secure mechanism. | | | |
|  | Tier 3 Labor Rate | Labor | 0.25 | 68.00 | 17.00 |
| 8 |  | Engine Maint. Hardware. Upon inspection, it was discovered that the engine mount hardware was the improper hardware for the engine/airframe currently installed. New hardware installed per Lancair builders manual for the 360 Lycoming dynofocal mount installation. bolt/nuts torqued 450 in. lbs & cotterpinned. | | | |
|  | Tier 3 Labor Rate | Labor | 6.50 | 68.00 | 442.00 |
|  | (M)AN7-34 | Bolt: Hex HD, ST | 2.00 | 7.73 | 15.46T |
|  | (M)AN7-37 | Bolt: Hex HD, ST | 2.00 | 6.54 | 13.08T |
|  | (M)AN310-7 | Nut: Castle, ST | 4.00 | 8.48 | 33.92T |
| 9 |  | Scat Tubing replacement. All scat tubing replaced from the firewall forward. | | | |
|  | (M)05-29907 | SCAT-7 Ducting 1 3/4" | 7.00 | 11.88 | 83.16T |
|  | (M)05-29911 | SCAT-11 Ducting 2 3/4" | 3.00 | 11.94 | 35.82T |

| Sales Tax (0.00) |
|---|
| **Total** |
| **Payments/Credits** |
| **Balance Due** |

# Superior Aviation,
PO Box 338
Iron Mountain, MI. 49801
Phone: 906-774-0400   Fax: 906-774-1645
www.superioraviation.com

# Work Order

| Date | Work Order # |
|---|---|
| 12/10/2013 | M-30119 |



Daniel McGraw
3905 Sugar Bush Rd.
Lena, WI 54139

| Tail Number |
|---|
| N246AK |

| Aircraft Total Time |
|---|
|  |

| Make | Model | Serial Number | Terms |
|---|---|---|---|
| Kinsler Arthur Paul | MKII | 778 | Due on receipt |

| SQ # | Item | Description | Qty | Rate | Amount |
|---|---|---|---|---|---|
|  | (M)05-29912 | SCAT-12 Ducting 3" | 4.00 | 13.13 | 52.52T |
|  | (M)05-29908 | SCAT-8 Ducting 2" | 1.00 | 9.44 | 9.44T |
|  | Tier 3 Labor Rate | Labor | 1.75 | 68.00 | 119.00 |
| 10 |  | Fuel Sending Units. |  |  |  |
|  | Miscellaneous Hardware | Fuel Probes | 2.00 | 62.50 | 125.00T |
|  | Tier 3 Labor Rate | Labor | 19.80 | 68.00 | 1,346.40 |
| 11 |  | Cylinder heaters. Cylinders # 2 & # 4 cylinder heaters in-op. Troubleshot to the cylinder heater band elements being defective. Elements replaced w/new. Ops check good. |  |  |  |
|  | (M)CH38-20L-XP | Cylinder heater | 1.00 | 87.50 | 87.50T |
|  | (M)CH38-20R-XP | Cylinder Heater | 1.00 | 87.50 | 87.50T |
|  | Tier 3 Labor Rate | Labor | 1.00 | 68.00 | 68.00 |
| 12 |  | Prop rivets sheared. Sheared rivet found on one of 4 spinner bulkhead doubler plates. Upon further inspection, more loose rivets & fretting corrosion were found. Determined all doubler plates needed to be removed, NDT'd, and reinstalled. Propeller removed. Upon removal and NDT dye per inspection, 2 of 4 doubler plates were found to be cracked. All new doubler plates were fabricated from 6061 aluminum, acid etched and alodined and reinstalled w/470AD -4 & -5 rivets. Propeller reinstalled, torqued 60 ft lbs., safetied. |  |  |  |
|  | Tier 3 Labor Rate | Labor | 13.00 | 68.00 | 884.00 |

| Sales Tax (0.00) |
|---|
| Total |
| Payments/Credits |
| **Balance Due** |

# Superior Aviation,
PO Box 338  
Iron Mountain, MI. 49801  
Phone: 906-774-0400    Fax: 906-774-1645  
www.superioraviation.com

# Work Order

| Date | Work Order # |
|---|---|
| 12/10/2013 | M-30119 |



Daniel McGraw  
3905 Sugar Bush Rd.  
Lena, WI 54139

| Tail Number |
|---|
| N246AK |

| Aircraft Total Time |
|---|
|  |

| Make | Model | Serial Number | Terms |
|---|---|---|---|
| Kinsler Arthur Paul | MKII | 778 | Due on receipt |

| SQ # | Item | Description | Qty | Rate | Amount |
|---|---|---|---|---|---|
| 13 |  | Tire replacement RH. RH tire was worn & flat spotted. Tire & tube replaced w/new. Wheel halves torqued, reinstalled and axle nut cottered. |  |  |  |
|  | (M)505C66-5 | Tire: 500-5-6, FLC, TT | 1.00 | 189.98 | 189.98T |
|  | (M)302-013-400(N) | Tube 500X5 Goodyr (A6) | 1.00 | 79.69 | 79.69T |
|  | Tier 3 Labor Rate | Labor | 1.00 | 68.00 | 68.00 |
| 14 |  | MLG Actuator Rebuild. MLG actuators leaking, LH & RH actuators removed for rebuild. Actuators disassembled, cleaned and inspected. Actuators rebuilt w/seal kits from Kit Components (Lancair). Actuators reassembled & reinstalled. Aircraft jacked for gear swing. LDG found to be out of adjustment @ RH gear. Tire wouldn't cleanly enter wheel well & wasn't actuating sequence valve correctly. LDG strut, ascenric bolt & sequence valve adjusted. Ops check good. |  |  |  |
|  | Miscellaneous Hardware | Miscellaneous Hardware | 1.00 | 0.68 | 0.68T |
|  |  | Customer Supplied HC04 Seal Kit |  |  |  |
|  | Tier 3 Labor Rate | Labor | 10.00 | 68.00 | 680.00 |
| 15 |  | Brake Caliper rebuilds. LH & RH calipers leaking. Calipers removed, disassembled, cleaned and inspected. New o-rings installed. Calipers reinstalled, torqued 40 in lbs. safetied. |  |  |  |
|  | Tier 3 Labor Rate | Labor | 1.50 | 68.00 | 102.00 |
|  | (M)MS28775-222(N) | O-Ring (C2) | 2.00 | 0.41 | 0.82T |

| Sales Tax (0.00) | |
|---|---|
| **Total** | |
| **Payments/Credits** | |
| **Balance Due** | |

# Superior Aviation,
PO Box 338
Iron Mountain, MI. 49801
Phone: 906-774-0400   Fax: 906-774-1645
www.superioraviation.com

# Work Order

| Date | Work Order # |
|---|---|
| 12/10/2013 | M-30119 |


PAID 01/17/2014

Daniel McGraw
3905 Sugar Bush Rd.
Lena, WI 54139

| Tail Number |
|---|
| N246AK |

| Aircraft Total Time |
|---|
|  |

| Make | Model | Serial Number | Terms |
|---|---|---|---|
| Kinsler Arthur Paul | MKII | 778 | Due on receipt |

| SQ # | Item | Description | Qty | Rate | Amount |
|---|---|---|---|---|---|
| 16 |  | Brake Disc replacement, LH & RH. LH & RH disc out of limits. Brake discs replaced w/new. Discs reinstalled & safety wired. |  |  |  |
|  | (M)400-0014 | Brake Disc | 2.00 | 100.00 | 200.00T |
|  | Tier 3 Labor Rate | Labor | 1.50 | 68.00 | 102.00 |
| 17 |  | EFIS Update. Researched updating process for EFIS and mapping. Updated EFIS w/Version V8.08-12, updated Mapping w/MVIG. ARINC showed to have latest 4.0 version. All old data backed up on computer. Ops check good. |  |  |  |
|  | Tier 3 Labor Rate | Labor | 2.00 | 68.00 | 136.00 |
| 18 |  | All Hydraulic lines, replacement & brake line & fluids. All hydraulic system flex lines replaced w/new lines, fabricated by PHT hose company. Outboard flex lines for brakes, also replaced. Hydraulic & brake fluid drained. All new fluid installed in both w/5606 hydraulic fluid. Brakes bled. Leak check good. |  |  |  |
|  | Miscellaneous Hardware | Miscellaneous Hardware (Hoses from PHT) | 1.00 | 712.04 | 712.04T |
|  | Tier 3 Labor Rate | Labor | 9.15 | 68.00 | 622.20 |
| 19 |  | Jack Points, repair. Jack points had damage that appeared to be from jack pads slipping. Damaged area built up w/multiple layers of epoxy resin. Sanded smooth and painted. |  |  |  |

| | |
|---|---|
| Sales Tax (0.00) | |
| **Total** | |
| **Payments/Credits** | |
| **Balance Due** | |

# Superior Aviation,
PO Box 338  
Iron Mountain, MI. 49801  
Phone:   906-774-0400   Fax:   906-774-1645  
www.superioraviation.com

# Work Order

| Date | Work Order # |
|---|---|
| 12/10/2013 | M-30119 |



Daniel McGraw  
3905 Sugar Bush Rd.  
Lena, WI 54139

| Tail Number |
|---|
| N246AK |

| Aircraft Total Time |
|---|
|  |

| Make | Model | Serial Number | Terms |
|---|---|---|---|
| Kinsler Arthur Paul | MKII | 778 | Due on receipt |

| SQ # | Item | Description | Qty | Rate | Amount |
|---|---|---|---|---|---|
| 20 | Tier 3 Labor Rate | Labor | 5.00 | 68.00 | 340.00 |
|  | Tier 3 Labor Rate | Case half bolt/nut. During engine inspection, a case half bolt was found to not be secured w/ a nut. Bolt threads inspected, nut & lockwashers installed on bolt.<br>Labor | 0.30 | 68.00 | 20.40 |
| 21 | Tier 3 Labor Rate<br>(M)BA8103-1(N) | Air filter. Air filter replaced w/new cut to fit filter. Filter trimmed to correct size & installed.<br>Labor<br>Filter (B4) | 0.50<br>1.00 | 68.00<br>16.76 | 34.00<br>16.76T |
| 22 | Tier 3 Labor Rate | Air intake gasket. Alternate air valve flange found to be slightly bent where it attaches to fuel servo. Another gasket installed to prevent induction leak from occurring.<br>Labor | 0.80 | 68.00 | 54.40 |
| 23 | Tier 3 Labor Rate | Exhaust burning fuselage<br>Labor | 0.30 | 68.00 | 20.40 |
| 24 |  | Brake Linings. Both LH & RH brake linings worn out. Wheels & brakes removed. New linings installed to plates, secured w/rivets. Wheels and brakes reinstalled. Brake discs safetied, brakes torqued 40 in lbs & safetied. Wheel axle nuts cottered. |  |  |  |
|  | (M)66-106<br>(M)4-6 | Brake Linings<br>Rivets | 4.00<br>12.00 | 19.75<br>0.11 | 79.00T<br>1.32T |

| Sales Tax (0.00) |
|---|
| Total |
| Payments/Credits |
| **Balance Due** |

# Superior Aviation,
PO Box 338
Iron Mountain, MI. 49801
Phone: 906-774-0400   Fax: 906-774-1645
www.superioraviation.com

# Work Order

| Date | Work Order # |
|---|---|
| 12/10/2013 | M-30119 |


PAID 01/17/2014

Daniel McGraw
3905 Sugar Bush Rd.
Lena, WI 54139

| Tail Number |
|---|
| N246AK |

| Aircraft Total Time |
|---|
|  |

| Make | Model | Serial Number | Terms |
|---|---|---|---|
| Kinsler Arthur Paul | MKII | 778 | Due on receipt |

| SQ # | Item | Description | Qty | Rate | Amount |
|---|---|---|---|---|---|
| 25 | Tier 3 Labor Rate | Labor | 1.25 | 68.00 | 85.00 |
|  |  | Nose tire. Nose tire worn. Tire and tube replaced w/new. Wheel halves torqued. Tire inflated to spec in POH after reinstallation. |  |  |  |
|  | Tier 3 Labor Rate | Labor | 1.00 | 68.00 | 68.00 |
|  | (M)06-00357 | Tube 11/400-5 | 1.00 | 16.54 | 16.54T |
|  | (M)06-01240 | Tire | 1.00 | 69.69 | 69.69T |
| 26 |  | Door actuators rebuilt. Door actuators leaking. Door actuators removed for rebuild. Actuators disassembled, cleaned and inspected. All new seals installed and actuators reassembled. Actuators reinstalled and IB Bolts/nuts cotterpinned. Ops & leak check good. |  |  |  |
|  | Tier 3 Labor Rate | Labor | 4.75 | 68.00 | 323.00 |

| | |
|---|---|
| **Sales Tax (0.00)** | $0.00 |
| **Total** | $9,037.14 |
| **Payments/Credits** | $-9,037.14 |
| **Balance Due** | $0.00 |