# EXHIBIT D

```
 1          IN THE UNITED STATES DISTRICT COURT FOR
              THE EASTERN DISTRICT OF WISCONSIN
 2                     GREEN BAY DIVISION
 3    _____
 4
      DANIEL MCGRAW and              DEPOSITION OF:
 5    SUSAN MCGRAW,                  ALEX DUPRAS
 6              Plaintiffs,
 7    v.                             Case No. 1:15-CV-1424-WCG
 8    SUPERIOR AVIATION, LTD.,
      KUBICK AVIATION SERVICES, INC.,
 9    QBC INSURANCE,
10              Defendants.
      _____
11
12          Videotaped deposition examination of ALEX
13    DUPRAS, taken at the instance of the Plaintiffs, under
14    and pursuant to Rule 30 of the Federal Rules of Civil
15    Procedure, and the acts amendatory thereof and
16    supplementary thereto, pursuant to Deposition Duces Tecum
17    upon the parties, before Susan K. Edwards, a Notary
18    Public, and videotaped before Phillip Nichols, at the
19    Country Inn & Suites, 2005 S. Stephenson Avenue, Iron
20    Mountain, Michigan 49801, on the 24th day of June, 2016,
21    commencing at 9:14 a.m. and concluding at 12:40 p.m.
22    _____
23
24
25
```

Veritext Legal Solutions
www.veritext.com                                      888-391-3376
Case 1:15-cv-01424-WCG   Filed 09/30/16   Page 2 of 10   Document 26-5

1 did you say?
2 A Yes. I think it was late 2010.
3 Q What was your major?
4 A Um, it was Aviation Maintenance Technology.
5 Q Was that a BS degree or a BA or what?
6 A No. I finished with an Associates of Applied
7 Science.
8 Q How long did you attend Northern Michigan?
9 A Approximately two and a half years.
10 Q So is this more of technical school, as opposed
11 to a liberal arts college or something like that?
12 MR. KLINGAMAN: Object to form.
13 BY MR. TECHMEIER:
14 Q He is going to be entering objections on the
15 record. And unless he tells you that you can't
16 answer the question, then just listen to his
17 objection, but --
18 A Okay.
19 Q -- but then you can answer the question after
20 that.
21 A No. It is a regular university.
22 Q So is it a four-year program then generally?
23 MR. KLINGAMAN: Object to form.
24 THE WITNESS: It depends on what you go
25 for.

1 BY MR. TECHMEIER:
2 Q And you went for aviation, did you say?
3 A Yes.
4 Q What was the exact major?
5 A Aviation Maintenance Technology.
6 Q And that was a two and a half year program?
7 A Two year for the certificate and then half a year
8 for the associates.
9 Q Okay. So this is your education then beyond high
10 school. You are a high school graduate?
11 A Yes.
12 Q Any other education besides your aviation
13 education at Northern Michigan?
14 A No.
15 Q What certifications do you have?
16 A I am a certified airframe and powerplant mechanic
17 technician.
18 Q Do they call that an A & P?
19 A Yes, they do.
20 Q Do you have any other certifications?
21 A No, I do not.
22 Q And did you obtain that certification in late
23 2010?
24 A I believe so, yes.
25 Q What did you have to do to gain that

1 certification?
2 A Um, attend the years of schooling required;
3 accumulate so many hours and then take tests.
4 Q How many tests did you have to take to get the
5 certification?
6 A Five.
7 Q Did you have to take any of the tests over?
8 A No, I did not.
9 Q You get some sort of a written certificate then?
10 A Yes.
11 Q How -- do you have to keep it up in any way, with
12 continuing education?
13 A Continuing working, actually.
14 Q So if you would have a lapse in your employment,
15 then you would have to reapply?
16 A Yes.
17 Q And you have held your A & P continuously since
18 you received it?
19 A Yes.
20 Q I would like you to give me your employment
21 history.
22 A Um, for aviation related?
23 Q Well, yes. Aviation related, whether it is
24 before you received your degree and after.
25 A I was an employee for Superior Aviation, and then

1 now currently an employee for Kubick Aviation
2 Services.
3 Q Did you have any other aviation employment before
4 Superior?
5 A No.
6 Q When did you become employed by Superior?
7 A Um, January of 2012.
8 Q And what was your position when you became first
9 employed with Superior?
10 A Aviation maintenance technician.
11 Q Did your position change at all during the course
12 of your employment with Superior?
13 A No, it did not.
14 Q And you worked for Superior until, according to
15 your Facebook page, April 18, 2014?
16 A Correct. I would have to look but I believe so,
17 yes.
18 Q You worked for Superior up until Superior was
19 sold to Kubick?
20 A Correct.
21 Q You became employed at Kubick then on, according
22 to your Facebook page, on the 21 of April, 2014?
23 A Again, I would need to verify that, but around
24 that date, yes.
25 Q And what position did you first have at Kubick?

3 (Pages 6 - 9)

Case 1:15-cv-01424-WCG   Filed 08/30/16   Page 3 of 10   Document 26-5
Veritext Legal Solutions
www.veritext.com   888-391-3376

| Page 14 | Page 16 |
|---|---|
| 1  A  Yes. | 1  BY MR. TECHMEIER: |
| 2  Q  Is it the same laptop that you used when you were | 2  Q  You started working for Superior in January of |
| 3     at Superior? | 3     2012.  Did you have any contacts with Mr. McGraw |
| 4  A  No, it is not. | 4     in the year 2012? |
| 5  Q  Do you know what happened to the desktop at | 5  A  Yes, I believe so. |
| 6     Superior? | 6  Q  What contacts did you have? |
| 7  A  No, I do not. | 7  A  The, just him being a customer of Superiors; me |
| 8  Q  You never saw it when you were working at -- when | 8     being an employee. |
| 9     you started at Kubick? | 9  Q  Did you ever talk to him in 2012? |
| 10  A  No.  I am not aware of what they did with it, no. | 10  A  I would imagine so, yes. |
| 11  Q  It just disappeared, even though you were in the | 11  Q  In person or on the phone or what? |
| 12     same building? | 12  A  In person when he would drop or pick up his |
| 13  A  They replaced a lot of the computers with new, | 13     aircraft. |
| 14     because the old ones were outdated.  So they | 14  Q  And what was the purpose of your discussions with |
| 15     replaced a lot of computers with faster ones. | 15     him? |
| 16  Q  Did the information from the, that was on the | 16  A  Um, just business. |
| 17     Superior Aviation computers get transferred to | 17  Q  Did you talk about his airplane? |
| 18     the Kubick computers? | 18  A  Yes. |
| 19          MR. KLINGAMAN:  Form and foundation. | 19  Q  Did you do any work on his airplane in 2012? |
| 20          THE WITNESS:  I am not, I am not sure. | 20  A  I believe so, but. |
| 21  BY MR. TECHMEIER: | 21  Q  Do you know what work you did? |
| 22  Q  Before I get onto a different subject.  I want to | 22  A  Um, I couldn't say a hundred percent, no.  I |
| 23     know what your contacts have been with the | 23     believe a condition inspection. |
| 24     McGraws. | 24  Q  You think you did the condition inspection in |
| 25  A  Can you repeat the question? | 25     2012? |

| Page 15 | Page 17 |
|---|---|
| 1  Q  What have your contacts been with the McGraws? | 1  A  I believe so. |
| 2  A  Contacts? | 2  Q  Did you sign off on it? |
| 3  Q  Yes. | 3  A  No, I did not. |
| 4          MR. LORINGER:  Object to form. | 4  Q  You didn't enter any notes into the logbooks in |
| 5          MR. KLINGAMAN:  Join. | 5     2012 of his airplane, did you? |
| 6          THE WITNESS:  As of -- he was a customer | 6  A  No. |
| 7     of Superiors when I had contacted him, first had | 7  Q  You said that you worked, you did the condition |
| 8     contact with Daniel. | 8     inspection.  Is there a difference between an |
| 9  BY MR. TECHMEIER: | 9     annual inspection and a condition inspection? |
| 10  Q  When did you have first contact with Daniel? | 10          MR. KLINGAMAN:  Form and foundation. |
| 11  A  Um, as an employee for Superior and him being a | 11          THE WITNESS:  Yes. |
| 12     customer. | 12          MR. TECHMEIER:  If Tim Spreen signed off |
| 13  Q  Well, were you in contact with Mr. McGraw, | 13     in 2012 that the engine had been inspected in |
| 14     beginning with the time that he brought his | 14     accordance with an annual/condition inspection |
| 15     airplane to Superior for service? | 15     for, per FAR 43, Appendix D, and was determined |
| 16          MR. KLINGAMAN:  Object to form. | 16     to be in airworthy condition for return to |
| 17          THE WITNESS:  Can you repeat the | 17     service, would you have any reason to differ with |
| 18     question, please? | 18     what he said? |
| 19          MR. TECHMEIER:  Were you in contact with | 19          MR. LORINGER:  Objection, form. |
| 20     Mr. McGraw when he first brought the airplane to | 20          MR. KLINGAMAN:  Objection, form and |
| 21     Superior for service? | 21     foundation. |
| 22          MR. KLINGAMAN:  Foundation. | 22          THE WITNESS:  No. |
| 23          THE WITNESS:  I am not sure, because I | 23          MR. TECHMEIER:  So you would agree that |
| 24     don't know the date that he first brought it | 24     the inspection was done in accordance with an |
| 25     there. | 25     annual/condition inspection per FAR 43, Appendix |

5 (Pages 14 - 17)

Case 1:15-cv-01424-WCG   Filed 08/30/16   Page 4 of 10   Document 26-5
Veritext Legal Solutions
www.veritext.com                                                                                              888-391-3376

|  | Page 18 |  | Page 20 |
|---|---|---|---|
| 1 | D? | 1 | you to read it. |
| 2 | THE WITNESS: Yes. | 2 | A Sure. (Witness reviews exhibit.) I am sorry. |
| 3 | MR. LORINGER: A belated objection to | 3 | Is this No. 1? |
| 4 | form. | 4 | Q Yes. This is a letter from Kubick to Daniel |
| 5 | MR. TECHMEIER: And 43 Appendix D, in | 5 | McGraw, dated May 12, 2014; is that correct? |
| 6 | part, requires the person performing the | 6 | A Yes. |
| 7 | inspection to inspect lines, hoses, and clamps | 7 | Q And it's signed by Carrie Bartel, Community |
| 8 | for leaks, improper condition and looseness? | 8 | Relations Director, Kubick Aviation Services, |
| 9 | MR. KLINGAMAN: I will object to form, | 9 | Inc. and U.P. North Airways; is that correct? |
| 10 | and the conducting of this deposition the way you | 10 | A Yes. |
| 11 | are reading from a document, that seems like a | 11 | Q Who is U.P. North Airways? |
| 12 | memory test. | 12 | A To my understanding, it is a division of Kubick |
| 13 | Why don't you share it with him, to | 13 | Aviation Services. |
| 14 | check your reading skills? | 14 | Q Do you know Carrie Bartel? |
| 15 | MR. TECHMEIER: I am doing the | 15 | A I do, yes. |
| 16 | deposition, not you, so I can ask the questions | 16 | Q So the letter basically is inviting Mr. McGraw to |
| 17 | that I want to. | 17 | become a customer of Kubick, having been a former |
| 18 | MR. KLINGAMAN: It is inappropriate, | 18 | customer of Superior; is that correct? |
| 19 | object to form. | 19 | MR. KLINGAMAN: Form and foundation. |
| 20 | BY MR. TECHMEIER: | 20 | THE WITNESS: Yes. |
| 21 | Q Do you need to have me repeat it? | 21 | MR. TECHMEIER: Do you know of any other |
| 22 | A Yeah, I didn't really even hear a question. | 22 | customers of Superior that received a similar |
| 23 | Q Okay. Appendix D, Part 43, you know what I am | 23 | letter by Kubick? |
| 24 | talking about; right? | 24 | MR. KLINGAMAN: Form, foundation. |
| 25 | A Yes. | 25 | THE WITNESS: No. I was unaware of the |

|  | Page 19 |  | Page 21 |
|---|---|---|---|
| 1 | Q We talked about that. One of the requirements of | 1 | letter. |
| 2 | that is to check lines, hoses, and clamps for | 2 | MR. TECHMEIER: Well, we know that |
| 3 | leaks, improper condition and looseness? | 3 | Mr. McGraw's plane crashed on the 6th of May, |
| 4 | MR. LORINGER: Objection to form. | 4 | 2014. So there was no way that he was, at that |
| 5 | THE WITNESS: Is that what it says? | 5 | point, going to be become a customer of Kubick, |
| 6 | Yeah. | 6 | at least with regards to the airplane that was |
| 7 | MR. TECHMEIER: Well, do you know that | 7 | serviced at Superior before. But let's assume |
| 8 | that's one of the things that you are supposed to | 8 | that this letter was sent out to other customers |
| 9 | do -- | 9 | of Superior. |
| 10 | THE WITNESS: Yes. | 10 | Do you know how the transition would |
| 11 | MR. TECHMEIER: -- as a part of Appendix | 11 | have occurred of the records from Superior to |
| 12 | D? | 12 | Kubick on past customers' airplanes? |
| 13 | THE WITNESS: Yes. | 13 | MR. LORINGER: Form, foundation. |
| 14 | MR. LORINGER: Objection to form. | 14 | MR. KLINGAMAN: Join. |
| 15 | MR. TECHMEIER: Do you know that you are | 15 | THE WITNESS: No. I am not sure how |
| 16 | also supposed to check all systems for improper | 16 | they were planning to do that, no. |
| 17 | installation, for general condition defects, and | 17 | MR. TECHMEIER: So if somebody received |
| 18 | insecure attachment? | 18 | a letter like this who was a past customer of |
| 19 | THE WITNESS: Yes. | 19 | Superior, would Kubick have to basically start |
| 20 | MR. LORINGER: Objection, form. | 20 | all over and not be able to rely on any past |
| 21 | (Exhibit No. 1, marked for | 21 | records? |
| 22 | identification.) | 22 | MR. KLINGAMAN: Form, foundation. |
| 23 | BY MR. TECHMEIER: | 23 | THE WITNESS: No, I wouldn't think so. |
| 24 | Q Directing your attention to what's been marked as | 24 | BY MR. TECHMEIER: |
| 25 | Exhibit No. 1. Maybe we should take a second for | 25 | Q So you would expect that there would be some |

| | |
|---|---|
| Page 30<br>1  A   I can't say for sure. I would assume within a<br>2     short period of time after.<br>3  Q   Why are they dated April 10 of 2014, if you did<br>4     these after the crash, which was May 6 of 2014?<br>5  A   Because it was to reflect the date that the work<br>6     was completed.<br>7  Q   The work was completed on April 10 of 2014?<br>8  A   Um, around that date, yes.<br>9  Q   I thought Tim Spreen had signed off on the annual<br>10    in February of 2014?<br>11            MR. LORINGER: Objection, form.<br>12            MR. KLINGAMAN: Form and foundation.<br>13            THE WITNESS: I am unaware if he did or<br>14    not. I think that I have seen the logbook<br>15    entries but.<br>16            (Exhibit No. 3, marked for<br>17    identification.)<br>18 BY MR. TECHMEIER:<br>19  Q   Directing your attention to what we had marked as<br>20    Exhibit 3. It is entitled Engine Log for McGraw<br>21    Airplane.<br>22            And if you look at the last page, there<br>23    is an entry on February 7 of 2014. Do you see<br>24    that?<br>25  A   Yes. | Page 32<br>1            THE WITNESS: The sparkplug?<br>2            MR. TECHMEIER: Whatever it is that you<br>3     said you were removing.<br>4            MR. LORINGER: Objection.<br>5            THE WITNESS: You don't. You just<br>6     remove the sparkplug and attach a tool and then<br>7     reinstall the sparkplug.<br>8  BY MR. TECHMEIER:<br>9  Q   Then he says: "I certify that this engine was<br>10    inspected in accordance with an annual/condition<br>11    inspection and was determined to be an airworthy<br>12    condition for return to service." Is that<br>13    correct?<br>14  A   Yes.<br>15  Q   So all of this work was done before February 7 of<br>16    2014?<br>17            MR. KLINGAMAN: Object to form.<br>18            THE WITNESS: Which work?<br>19            MR. TECHMEIER: The work that you<br>20    describe in the Engine Logbook, the Airframe<br>21    Logbook, and the Propeller Log Entry for April 10<br>22    of 2014.<br>23            MR. LORINGER: Objection to form. I<br>24    think you are confusing work, but objection to<br>25    form. |
| Page 31<br>1  Q   And if you read along with me as follows, it<br>2     says:<br>3            "Inspected engine in accordance with the<br>4     annual/condition inspection. Drain oil and<br>5     removed filter for inspection, normal. Clean<br>6     and reinstall, add eight quarters -- I guess of<br>7     some sort of oil. Took compressions."<br>8            Can you read the rest of that?<br>9  A   Yes.<br>10  Q   What is that?<br>11  A   "As follows. Cylinder No. 1, 78/80. Cylinder<br>12    No. 2 is 77/80. Cylinder No. 3 is 78/80, and No.<br>13    4 is 78/80."<br>14  Q   What is he talking about there?<br>15            MR. LORINGER: Form.<br>16            THE WITNESS: The cylinder compressions<br>17    of the engine.<br>18 BY MR. TECHMEIER:<br>19  Q   How do you do that?<br>20  A   Um, by removing sparkplugs and the pressurized<br>21    combustion chambers.<br>22  Q   If you remove this then, how do you put it back<br>23    together?<br>24            MR. KLINGAMAN: Objection to form,<br>25    foundation. | Page 33<br>1            THE WITNESS: Um, no. Work continued on<br>2     after February 7, 2014.<br>3  BY MR. TECHMEIER:<br>4  Q   And when did it end?<br>5  A   Approximately April 10 of 2014.<br>6  Q   Were you present on the day that Mr. McGraw<br>7     picked up the airplane?<br>8  A   No, I was not.<br>9  Q   Why was that?<br>10  A   I was out of town. I believe it was a Friday. I<br>11    was out of town.<br>12  Q   Do you know who provided delivery of the airplane<br>13    to Mr. McGraw then?<br>14  A   He just arrived at the airport and the airplane<br>15    was ready to go.<br>16  Q   So no one from Superior handed it off to him?<br>17            MR. KLINGAMAN: Form, foundation.<br>18            THE WITNESS: I am not sure, I wasn't<br>19    there.<br>20 BY MR. TECHMEIER:<br>21  Q   ==So the work that you are describing in the Engine==<br>22    ==Log, the Airframe Log, and the Propeller Log, is==<br>23    ==all work that you did?==<br>24  A   ==Um, correct, yes. That is correct.==<br>25  Q   Okay. Well, then I want to go over what you did. |

1    So the first one, first page on Exhibit
2    1 -- or excuse me, 2, is the Engine Log Entry.
3    And you state: "Engine oil drained, service with
4    eight quarters Aeroshell 15W" -- what is that?
5  A  50.
6  Q  "50. Oil screen removed, inspected and cleaned.
7    No abnormalities. Reinstalled with new crush
8    gasket." And what's the?
9  A  Safetied.
10 Q  What does that mean, "safetied?"
11 A  There is safety in devices to prevent hardware
12    from coming loose because of vibrations.
13 Q  How do you do that?
14 A  Um, using stainless steel wire that comes in
15    different gauges and wrap it.
16 Q  You what?
17 A  You wrap it a special way to secure the hardware
18    from loosening. You wrap it so it is always
19    pulling tight.
20 Q  So this is part of that Appendix D inspection?
21    MR. LORINGER: Objection to form.
22    THE WITNESS: Not safety, but as a
23    whole, yes, specifically.
24 BY MR. TECHMEIER:
25 Q  Is it a part of keeping all systems securely

1    attached?
2  A  Yes. But it is not on all hardware. So in that
3    specific instance, yes.
4  Q  Then it says, "Cylinder No. 4, fuel injector was
5    missing its outer screen. Fuel injector replaced
6    with new." And then it says, "torqued to spec,"
7    or specifications is that what you mean?
8  A  Yes.
9  Q  How is it torqued?
10 A  Using a calibrated torque wrench.
11 Q  And then was there a specific measurement that
12    you had to use with this torquing?
13 A  Yes.
14 Q  And what was that?
15 A  Um, it is stated in the Engine Maintenance
16    Manual.
17 Q  Which you had access to then?
18 A  Yes.
19 Q  So then when it says, "Engine hardware replaced
20    with new bolts and nuts due to incorrect hardware
21    installation, in accordance with Lancair 360
22    builders manual." Do you see that?
23 A  Yes.
24 Q  So you had the Lancair 360 Builders Manual
25    available?

1  A  Online, yes.
2  Q  And that told you the torque specifications?
3  A  I would have to reread it.
4  Q  Well, when you said that the "fuel injector
5    replaced with new and torqued to specifications,"
6    you would have gotten those specifications from
7    the builders manual online; right?
8  A  No. I would have gotten that from a Lycoming
9    engine maintenance manual.
10 Q  Okay. You also stated that bolts and nuts were
11    torqued 450 pounds?
12 A  Yes. Yes, that's inch-pounds.
13 Q  What's that?
14 A  Inch-pounds.
15 Q  Inch-pounds. Okay. And how did you know that
16    that was to be torqued, the bolts and nuts were
17    to be torqued to that extent?
18 A  Either because it was stated in the Lancair
19    manual, or I used the general torque specs that's
20    for the bolt in question.
21 Q  So this manual that you are talking about was
22    something that you kept at Superior?
23 A  It's online, most of the computers.
24 Q  Did you have an actual written manual for the
25    Lancair 360?

1  A  No.
2  Q  So you were always looking online for these
3    specifications?
4  A  Well, on Lancair's website, yes.
5  Q  And then you said you found the engine control
6    cables to be improperly secured; is that right?
7  A  Yes.
8  Q  And you resecured correctly?
9  A  Yes.
10 Q  How did you know how to do that?
11 A  Um, either through -- well, general maintenance
12    practices.
13 Q  What do you mean, "general maintenance
14    practices?"
15 A  There are standard procedures and general
16    practices.
17 Q  So standard procedures that you followed in all
18    inspections that you did?
19 A  Um, yeah, for the most part, yeah. Every
20    inspection is slightly different.
21 Q  You "tightened the throttle cable rod end jam nut
22    at fuel servo, was found only to be hand
23    tightened."
24 A  Yes.
25 Q  What does that mean?

Page 38

1  A  They used a jam nut that prevents another nut
2     from becoming loose, and that jam nut was loose
3     on the throttle cable rod end.
4  Q  How did you determine that it was only hand
5     tightened?
6  A  Because it had become, it had become loose and
7     you were able to turn it.
8  Q  How did you know that it had become loose?
9  A  Um, I must have saw it or, you know, it was
10    found. I can't really say how it was found.
11 Q  You observed it?
12 A  Yes.
13 Q  Being loose?
14 A  Possibly, yes.
15 Q  The torquing that you talk about in the Engine
16    Log Entry was done with a regular wrench or a
17    torque wrench?
18 A  Calibrated torque wrench.
19 Q  Was it the same wrench that would be used over
20    the instances where you talk about torquing?
21 A  No.
22 Q  How are they different?
23 A  Fuel injectors usually require less torque, so I
24    used the inch-pound torque wrench. And then the
25    bolts, I used the foot-torque wrench.

Page 39

1  Q  The what?
2  A  The bolts, I used the engine mount using a
3     foot-pound torque wrench.
4  Q  Foot-pound?
5  A  Yes.
6  Q  So you described two instances of torquing on the
7     Engine Log Entry; is that correct?
8  A  Yes.
9  Q  Nothing else was torqued?
10 A  Um, well, I mean everything was tightened, yeah.
11    I mean, yes, can you repeat the question?
12 Q  Nothing else was torqued?
13        MR. LORINGER: Objection to form.
14        MR. KLINGAMAN: Join.
15        THE WITNESS: Well, anything that I
16    touched was torqued but, you know.
17 BY MR. TECHMEIER:
18 Q  And it would have been torqued with a torque
19    wrench?
20 A  Yes.
21 Q  Calibrated torque wrench?
22 A  Yes.
23 Q  So let's turn to the next page, which is the
24    Airframe Log Entry, dated April 10 of 2014,
25    although this was a note that you made sometime

Page 40

1     in May after the crash; is that correct?
2  A  Yes.
3  Q  When you made these notes, did you have anything
4     to refer to or was this all from memory?
5  A  Um, my -- Superior's work orders and my own
6     notes, Superior Aviation.
7  Q  Okay. And we will get to the work order in a
8     little bit.
9        Your own notes. Were they notes that
10    you would use for this particular Lancair or just
11    notes generally that you used in all inspections?
12 A  Yeah, just personal notes that I used in all
13    inspections over the course of the day.
14 Q  So in this Airframe Log Entry, again, you talked
15    about the bolts and nuts being torqued at
16    450-inch pounds.
17       That's the same note as you made in the
18    Engine Log Entry; is that correct?
19 A  Yes.
20 Q  And then the fuel servo being found to be hand
21    tightened, again, that's from the same thing as
22    you recorded in your Engine Log Entry?
23       MR. KLINGAMAN: Object to form.
24       THE WITNESS: Yeah. That was the
25    throttle cable that was hand tightened. That's

Page 41

1     at the fuel servo.
2  BY MR. TECHMEIER:
3  Q  Again, that's something that you observed?
4  A  Um, I am not exactly sure how it was found, but
5     it is something that we had corrected, yes.
6  Q  So what are the possibilities of how it would
7     have been found?
8  A  Um, somebody, it could have actually been backed
9     off and somebody noticed the space in between.
10    The shop assistant, Vinnie, could have noticed
11    it, Timothy Spreen could have noticed it, the
12    line guy. There are lots of instances on how it
13    could have been found but.
14 Q  But these are by observation?
15 A  Yes. Or like, as I stated, touching it or
16    bumping it on accident.
17 Q  But the correction of this would have been in
18    accordance with what you are required to do, as a
19    part of Appendix D, Part 43?
20       MR. LORINGER: Objection, form.
21       MR. TECHMEIER: Is that correct?
22       MR. LORINGER: Objection, form.
23       THE WITNESS: Required to inspect, yes.
24       MR. TECHMEIER: For looseness or
25    insecure attachment?

11 (Pages 38 - 41)

Case 1:15-cv-01424-WCG   Filed 08/30/16   Page 8 of 10   Document 26-5
Veritext Legal Solutions
www.veritext.com                                    888-391-3376

Page 42

 1     MR. LORINGER: Objection, form.
 2     THE WITNESS: Yes.
 3  BY MR. TECHMEIER:
 4  Q  You also then state that: "The firewall
 5     gasculator was found loose on firewall."
 6  A  Yes.
 7  Q  Do you know how that was determined to be loose?
 8  A  Something in that instance, I would say probably
 9     because of threading and/or gasculators are
10     serviced at every condition/annual inspection.
11     So upon putting your hands upon it, maybe they
12     found it to be loose.
13  Q  The next line, you say, "The wheel halves were
14     torqued."
15  A  Yes.
16  Q  And how would that have been done?
17  A  With the torque wrench.
18  Q  Calibrated torque wrench?
19  A  Yes.
20  Q  Kind of midway down you say that, "The calipers
21     were reinstalled, torqued and safetied." Do you
22     see that?
23  A  Yes.
24  Q  How would the calipers have been torqued?
25  A  Um, with calibrated torque wrench.

Page 43

 1  Q  And they would have been torqued to a certain
 2     level?
 3  A  Specifications, yes.
 4  Q  And specifications would come from where?
 5  A  Either the Lancair Builders Manual or a general
 6     torque spec.
 7  Q  And then you said "and safetied."
 8  A  Yes, correct.
 9  Q  And how would it be have been safetied?
10  A  Either a cotter pin or a safety wire, unless
11     there was another type of a safety mechanism.
12  Q  So that would have been done to secure it?
13  A  Yes.
14  Q  And the next line you say, "OPS and leak check,
15     good." I don't know what you are referring to
16     there. Do you? Can you tell me?
17  A  Yes. Operational and the leak check is good.
18  Q  What does that mean?
19  A  That we made sure, after reinstallation, that the
20     brakes operated correctly and didn't leak any
21     fluid.
22  Q  And why would that be important?
23  A  Because we had just had them removed and we
24     reinstalled them. We always perform operational
25     leak checks.

Page 44

 1  Q  On brakes?
 2  A  Um, anything that requires it. But, yes, brakes
 3     as well.
 4  Q  So leak checks would be required on -- or you do
 5     leak checks on what?
 6  A  Anything that has, that's prone to leaking.
 7  Q  Well, give me examples.
 8  A  Hydraulic lines, intake manifolds, brake
 9     calipers.
10  Q  Fuel lines?
11  A  Any sort of fluid carrying line, yes. When we
12     disturb it, yes, especially.
13  Q  Well, only when you disturb it or always?
14  A  Um, that's a gray area. If it is not showing
15     signs of leaking, we usually have no reason to.
16  Q  What would you look for, for signs of leaking?
17  A  Um, any evidence of -- hydraulic fluid is red,
18     any exhaust leak would have burnt, a fuel leak.
19     AVgas is dyed blue, so you can tell if it is
20     leaking.
21  Q  You could also observe the fitting to observe
22     whether it is loose?
23  A  Yeah. Part of that observation is looking for
24     those dyes.
25  Q  Would there be any dye that would have been

Page 45

 1     observable when you find that the fuel servo
 2     connection was only hand tightened?
 3  A  No. That's for the metal control cable, so that
 4     doesn't carry any fluid or pneumatics or anything
 5     of that nature.
 6  Q  You also state that the spinner back plate was
 7     reinstalled and torqued.
 8  A  Whereabouts are you?
 9  Q  Two lines below, three lines below the, "leak
10     check good."
11  A  I, (Witness reviews exhibit.) Yes.
12  Q  And so that would have been done with a torque
13     wrench?
14  A  Yes, a calibrated torque wrench.
15  Q  Calibrated?
16  A  Yes.
17  Q  Okay. And then on the same line you state,
18     "Propeller reinstalled on airframe and torqued in
19     accordance with propeller owners manual." Do you
20     see that?
21  A  Yes.
22  Q  Where did you get the propeller owners manual?
23  A  If I recall correctly, I think that one was a
24     part of the logbook for the propeller -- or the
25     propeller log was inside of that manual.

12 (Pages 42 - 45)

Veritext Legal Solutions
www.veritext.com                                                                888-391-3376

|  | Page 70 |  | Page 72 |
|---|---|---|---|
| 1 | I am not sure. | 1 | tightness of a fuel fitting? |
| 2 | BY MR. TECHMEIER: | 2 | A That's how I was taught to inspect a fuel |
| 3 | Q No one told you that the there was an improper | 3 | fitting. |
| 4 | installation of the hose fuel fitting, which | 4 | Q You were taught to just visually inspect it and |
| 5 | resulted in the fitting becoming disconnected and | 5 | look for blue dye? |
| 6 | the subsequent loss of engine power due to fuel | 6 | A Correct. That's one way, yes. |
| 7 | starvation? | 7 | Q What are other ways? |
| 8 | A Not in those exact terms. | 8 | A Um, the only other way would be any torque stripe |
| 9 | Q What were you told? | 9 | indicators or actually putting a wrench on it, |
| 10 | A That a fuel line had loosened and became -- and | 10 | which aren't very standard practices. |
| 11 | had disconnected and starved the engine. | 11 | Q The torque striping, that would be a way of |
| 12 | Q These were discussions that you had. You had | 12 | checking it? |
| 13 | discussions then with the FAA; is that correct? | 13 | A Yes. |
| 14 | A Um, I believe so. | 14 | Q We don't have striping here on this fitting? |
| 15 | Q With Mr. Yank? | 15 | A It would need to be from the previous installer. |
| 16 | A Yeah, yeah, I am not a hundred percent. | 16 | Q But that wasn't something that was present? |
| 17 | Q Did you ever have to give a written statement to | 17 | A No. |
| 18 | the FAA? | 18 | Q So you said you looked at it and to look for blue |
| 19 | A Not that I can recall. I don't believe so. | 19 | dye and you didn't see any blue dye. What else |
| 20 | Q Did you have to give a written statement to the | 20 | did you observe? |
| 21 | NTSB? | 21 | A In relation to that fuel line? |
| 22 | A No. | 22 | Q Yes. You said you inspected it by looking at it. |
| 23 | Q How did you find out about the FAA finding that | 23 | So when you looked at it and didn't see blue dye, |
| 24 | the, there was a fuel line that was disconnected? | 24 | what else did you look at? |
| 25 | A Somebody contacted me about it. | 25 | A Just a general visual inspection around that |

|  | Page 71 |  | Page 73 |
|---|---|---|---|
| 1 | Q Were you asked whether you had inspected that | 1 | whole area of the engine of the fuel pump. |
| 2 | fuel line? | 2 | Q So just generally looking around? What were you |
| 3 | A No. | 3 | looking for? |
| 4 | Q Had you inspected that fuel line? | 4 | A I mean any leaks or anything. |
| 5 | A Yes. | 5 | Q How would you know that there would be any leaks? |
| 6 | Q And how did you inspect it? | 6 | A From the blue dye there. |
| 7 | A The visual inspection. | 7 | Q And so if there is no blue dye, you can assume |
| 8 | Q So you never touched? | 8 | that the fitting is tight? |
| 9 | A No. | 9 | A Correct. |
| 10 | Q You never put a wrench to it? | 10 | Q Was there anything else in this inspection that |
| 11 | A No. | 11 | you did where you just made a visual observation? |
| 12 | Q How did you, how did you check that line for | 12 | A Um, the whole scope of the inspection is almost |
| 13 | looseness? | 13 | all visual. |
| 14 | A Um, via visual inspection. | 14 | Q Well, the charge was for $10,000. It couldn't |
| 15 | Q And how did you visually inspect it? | 15 | have been $10,000 worth of visual. |
| 16 | A Looking to make sure that no fluid was currently | 16 | A Well, I think you are confusing the inspection |
| 17 | coming from it and/or staining from the blue dye. | 17 | with work actually. The only one that, the |
| 18 | Q So you looked for blue dye and you didn't see | 18 | Exhibit No. 7 here, the only inspection charge is |
| 19 | blue dye? | 19 | that spot No. 1 right there, which is 12 and a |
| 20 | A Correct -- well, correct, yeah. | 20 | half hours. |
| 21 | Q And on the basis of not seeing blue dye, you | 21 | Q Oh, so is that that you spent 12 and a half hours |
| 22 | assumed that the fuel fitting was tight? | 22 | on the inspection? |
| 23 | A Correct. | 23 | A Me and my coworkers did, yes. |
| 24 | Q Is that what you were taught when you went to | 24 | Q Who were the coworkers? |
| 25 | school as to how you check for a fuel, for | 25 | A Tim Spreen and Vincent Legrone [sic.] |

19 (Pages 70 - 73)

Veritext Legal Solutions
www.veritext.com 888-391-3376