# EXHIBIT G

```
 1            IN THE UNITED STATES DISTRICT COURT
 2           FOR THE EASTERN DISTRICT OF WISCONSIN
 3    Civil Action:  1:15-CV-1424-WCG
      _____
 4
      VIDEOTAPE DEPOSITION OF:  MATTHEW D. LYKINS, AP, IA
 5                              June 16, 2016
      _____
 6
      DANIEL MCGRAW and
 7    SUSAN MCGRAW,
 8    Plaintiffs,
 9    v.
10    SUPERIOR AVIATION, LTD,
      KUBICK AVIATION SERVICES, INC.,
11    and QBE INSURANCE CORP.,
12    Defendants.
      _____
13
14
                PURSUANT TO NOTICE, the videotape
15    deposition of MATTHEW D. LYKINS, AP, IA, was taken on
      behalf of the Defendant, Superior Aviation, at 1225
16    17th Street, Suite 2750, Denver, Colorado 80202, on
      June 16, 2016, at 1:01 p.m., before Ashley D. Mahe,
17    Registered Professional Reporter and Notary Public
      within Colorado.
18
19
20
21
22
23
24
25
```

Veritext Legal Solutions
www.veritext.com  888-391-3376
Case 1:15-cv-01424-WCG   Filed 09/30/16   Page 2 of 5   Document 26-8

Page 38

1  have caused a fuel pressure drop in the fuel system.
2  I traced the lines from the fuel tanks that are in the
3  wings as much as I could visually, and I videoed --
4  video documented the routing of those lines to look at
5  not only the condition of the lines themselves, which
6  some of those are aluminum lines and some of them are
7  flexible lines.
8       I also looked at the fittings, the
9  bulkhead fittings, and the B nuts and the fire sleeve
10 where there is a fire sleeve to see if there were any
11 indication of a breach in the fuel lines running from
12 the tanks up to the engine to see if there were any
13 additional sources of a loss of fuel pressure.
14     Q. Okay. The fuel line that we've been
15 talking about that you believe became disconnected,
16 why do you believe it became disconnected?
17     A. If I understand your question correctly,
18 you're asking me what the root cause of the reason the
19 fuel line that we're concerned about here that was
20 identified by the FAA that was disconnected why it
21 became disconnected.
22     Q. I didn't say root cause, but if that is
23 significant to you --
24     A. I'm just trying to understand your
25 question.

Page 39

1      Q. I just asked why the line became
2  disconnected. Do you have an opinion as to why that
3  fuel line became disconnected?
4      A. I do.
5      Q. Okay. And what is that opinion?
6      A. Because it was loose.
7      Q. How did it become loose?
8      A. I don't know why it became loose or how
9  it became loose.
10     Q. Okay. You don't know why it became loose
11 or how it became loose; is that correct?
12     A. I do not know how it became loose. That
13 was your question.
14     Q. Okay. Do you know why it became loose?
15     A. I don't have a specific reason why it
16 became loose. There's many reasons why fuel lines can
17 become loose over their lifetime, but I don't know
18 specifically why this particular fuel line became
19 loose.
20     Q. Do you know when it became loose?
21     A. I know that it became loose just prior to
22 Mr. McGraw's crash.
23     Q. Okay. And how do you know that?
24     A. Because the FAA stated that the fuel line
25 was completely disconnected at the fuel pump.

Page 40

1      Q. Okay. Why didn't -- why didn't the fuel
2  line disconnect on the flights before that after he
3  picked up the aircraft from Superior? Do you have an
4  opinion?
5      A. It wasn't loose enough to become
6  disconnected.
7      Q. Okay. How do you know?
8      A. Because it didn't become disconnected.
9      Q. That's an assumption you're making,
10 correct?
11     A. Well, I think the evidence supports that
12 opinion.
13     Q. Okay. But you're not able to verify
14 that, correct? For example, you're not able to verify
15 that what degree of looseness there was on that
16 connection from the first flight to the second flight
17 to this third flight after the -- he picked it up from
18 Superior, correct?
19     A. I'm not sure I understand your question,
20 if you're looking for a specific torque value or a
21 specific degree of tightness or looseness on the
22 fitting, if that's your question, no. And it's
23 because there's no evidence of an investigation or
24 even an inspection or a check of that specific fitting
25 from the time it left Superior's facility until the

Page 41

1  time of the crash.
2      Q. Mr. Lykins, you don't know how loose that
3  connection was at any time before this accident,
4  correct?
5      A. Again, a quantitative amount of
6  looseness, no, I do not know.
7      Q. Okay. You looked at the logbook entries
8  and maintenance records for this aircraft, correct?
9      A. Yes, I did.
10     Q. Do you have an opinion as to what
11 particular maintenance work might have loosened that
12 connection or would have disconnected that connection?
13     A. Assuming that maintenance would have
14 caused the fitting to be become loose, I can't point
15 to a specific entry. Knowing that logbook entries are
16 not a 100 percent documented representation of every
17 jot and tittle of maintenance tasks that are performed
18 on an aircraft, anytime a mechanic is in that area and
19 manipulates a line or a fitting could potentially
20 cause that fitting to loosen. But, again, I do not
21 have a specific reference I could point to in the
22 logbooks that would indicate that is when the fitting
23 became loose.
24     Q. Okay. Do you even have any opinion as to
25 work done as reflected in the entries that would have

Page 46

1  Q. Aside from that, was there any work that
2 they did that directly involved that fuel line that
3 you believe came off?
4  A. Outside of the annual -- or annual,
5 slash, condition inspection?
6  Q. That's right.
7  A. I don't have any documented evidence that
8 they removed or reinstalled or loosened or tightened
9 specifically that fuel line, other than the fact that
10 they had -- they beared the burden before releasing
11 that aircraft to service based off of the annual
12 inspection that they should have been ensured that it
13 was tight --
14  Q. Okay. Thanks.
15  A. -- prior to returning it to service.
16  Q. Based on your report, Mr. Lykins, do you
17 believe that Superior or its -- the mechanics at
18 Superior were at fault for this fuel line
19 disconnecting?
20  A. I'm not so sure I understand your
21 question. Are you -- I need to know whether or not
22 the question is related to the mechanics who signed
23 the logbook or all of those that were potentially
24 involved in the work.
25  Q. I said Superior mechanics. So it's --

Page 47

1 who else could it be, right?
2   MR. TECHMEIER: Well --
3  Q. (BY MR. LORINGER) I said the
4 mechanics --
5   MR. TECHMEIER: -- first of all, I object
6 to the question because it's vague and now it's
7 argumentative on top of that.
8  Q. (BY MR. LORINGER) My question,
9 Mr. Lykins, is -- we're talking about the mechanics at
10 Superior. Okay?
11  A. You asked if I didn't understand a
12 question to ask and you'd clarify.
13  Q. And that's what I'm --
14  A. So that's what I'm asking.
15  Q. And that's what I'm attempting to do is
16 to clarify this.
17  A. Thank you.
18  Q. My question was about the mechanics at
19 Superior. Okay?
20  A. Okay.
21  Q. Do you believe they were at fault for
22 this fuel line disconnecting?
23   MR. TECHMEIER: Object to form of the
24 question.
25  A. The answer to this question is not a

Page 48

1 straightforward answer, and this is why, I have a
2 strong opinion that in an organization such as
3 Superior, especially those who have an organized
4 maintenance program, such as an FAA 145 repair
5 station, bears the ultimate responsibility for a
6 situation like Mr. McGraw's and including Mr. McGraw's
7 where an aircraft has been brought into the facility,
8 maintenance inspection and repairs have been performed
9 at that aircraft, and then released for return to
10 service from that facility.
11   ==I place the ultimate blame at the end of==
12 ==the day on the systems, procedures, and practices of==
13 ==the organization, and in this case, Superior that==
14 ==failed Mr. McGraw, not specifically the mechanics.==
15 ==Unless -- and I see no evidence of this in this case,==
16 ==unless there was malicious and deliberate intent by a==
17 ==mechanic or mechanics to release an aircraft for==
18 ==return to service in an unsafe condition.==
19  Q. (BY MR. LORINGER) You referenced the
20 procedures and practices of Superior. What are you
21 referring to?
22  A. Companies and organizations such as
23 Superior Aviation who hire and employ mechanics and
24 hold their shingle out to the public as an aircraft
25 repair and maintenance facility. By virtue of the

Page 49

1 fact that that's who they are, they have, whether
2 they're formalized documented policies, procedures,
3 and systems or informal, cultural type policies and
4 procedures, they have a system in which the mechanics
5 and the employees operate within to perform their
6 duties.
7  Q. Are you critical of any of Superior's
8 procedures and policies as it relates to the work they
9 did on Mr. McGraw's aircraft?
10  A. Yes. In fact, every single one of my
11 opinions started out with Superior Aviation failed or
12 had Superior Aviation conducted.
13  Q. Okay. Is there a particular document
14 you're referring to when you say procedures and
15 policies of Superior that you're critical of?
16  A. I reference the entire scenario, the fact
17 that the documents would include the logbooks stating
18 that the aircraft was, in fact, safe for operation and
19 airworthy and released to return to service to
20 Mr. McGraw, and, in fact, it wasn't. So, yes, there
21 is definitely an issue there, and I have a real
22 problem with their policies and procedures written and
23 formalized or informal and unwritten because this
24 actually took place.
25  Q. Okay. So the policies and procedures,

Page 58

1 have put a torque wrench on this fuel line; is that
2 correct?
3     A.  My opinion is the Superior mechanics
4 should have, as stated in 43 D as well as the Lancair
5 checklist, verified that this line fitting was
6 properly torqued.
7     Q.  Okay.
8     A.  Now, in the absence of a visual indicator
9 indicating that it has previously been torqued, then,
10 yes, you would have to apply some sort of an
11 instrument, typically a torque wrench, to verify as
12 required by the checklist that that fitting is
13 properly torqued.
14     Q.  Could they have performed a visual
15 inspection of that connection to satisfy those
16 requirements?
17     A.  Not from the evidence that I have.
18     Q.  What do you mean by that?
19     A.  Because the fittings, the incident
20 fittings on that fuel pump had no visual markings such
21 as a torque stripe or inspection lacquer stripe to
22 indicate that it was previously properly torqued and
23 marked to verify that it hasn't been disturbed since
24 that proper torquing.
25     Q.  So it's your opinion that a fuel line

Page 59

1 like the one they believe came off on Mr. McGraw's
2 aircraft, that a fuel line like that needs to either
3 have a torque mark or have a torque wrench placed on
4 it during the condition inspection to satisfy the
5 requirements you describe in your report?
6     A.  Those are ways that that can be done,
7 yes.
8     Q.  Are there any other ways?
9     A.  Sure.
10     Q.  What are the other ways?
11     A.  The other ways, you can actually back the
12 fitting off to where it's finger tight, and then the
13 Advisory Circulars FAA provide allow you to run it
14 finger tight with clean threads, then go one half --
15 one flat turn to properly torque the fitting.
16     Q.  Okay.  So that would be with a torque
17 wrench, correct?
18     A.  No, you do not need a torque wrench for
19 that procedure.
20     Q.  What would you use?
21     A.  Proper sized wrench for that B nut.
22     Q.  Okay.  So torque wrenching using a wrench
23 in the method you just described or torque striping
24 would be the ways to satisfy the requirements
25 described in your report to inspect that fuel line,

Page 60

1 correct?
2     A.  Or actually checking it with a torque
3 wrench using the torque charts.
4     Q.  Didn't I say that?
5     A.  I thought I heard you say just with a
6 regular wrench with the description that I just
7 described.  There are three ways.
8     Q.  That's what I'm trying to get to.
9 There's three ways, just so I make sure we're
10 communicating.  Your understanding of the requirement
11 that you describe in your report are there are three
12 ways that a proper condition inspection would be
13 performed in terms of inspecting these fuel lines.
14 And those three ways are the use of a torque wrench,
15 the use of a regular wrench in the mechanism or manner
16 you described, or the use of torque striping on that
17 connection?
18     A.  That's correct.  That has been installed
19 previously by someone who has verified proper torque.
20     Q.  Those are the three ways?
21     A.  That's correct.
22     Q.  Okay.  Can you point to any document that
23 describes what you just said, that those three
24 specific ways are the proper way for this to be done?
25     A.  Yes.  FAA Advisory Circular 43.13 talks

Page 61

1 about that.
2     Q.  What page is that on?
3     A.  If you'll go to page 8 of my report, and
4 starting with the paragraph about 2 inches from the
5 bottom, as early as 1970, the administrator or the FAA
6 has published various advisory circulars with specific
7 guidance for aircraft technicians regarding installing
8 and inspecting aircraft fuel hoses and lines.  And
9 then I come on down on the next page, page 9, Section
10 2, 43.13, speaks to fuel lines and fittings and
11 additional inspection and repair practices for
12 aircraft tubing systems may be found in Chapter 9,
13 aircraft systems and components.
14         The next paragraph references that
15 Chapter 9, Section 2, hydraulic systems, and it says
16 carefully inspect all lines and fittings at regular
17 intervals to ensure airworthiness.  Inspect fittings
18 and connections for leakage, looseness, cracks, burrs,
19 and other damage.
20         And then it says the importance of the
21 proper torque applied to all nuts and fittings in a
22 system cannot be over-emphasized.  Too much torque
23 will damage metal seals, and too little torque will
24 result in leaks and loose parts.  The proper torque
25 wrenches with the appropriate range should be used in

16 (Pages 58 - 61)

Case 1:15-cv-01424-WCG   Filed 09/30/16   Page 5 of 5   Document 26-8
Veritext Legal Solutions
www.veritext.com                                                                                                    888-391-3376