# EXHIBIT J

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

| | |
|---|---|
| DANIEL MCGRAW, and<br>SUSAN MCGRAW,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>SUPERIOR AVIATION, LTD.,<br>KUBICK AVIATION SERVICES, INC.,<br>and QBE INSURANCE CORP.,<br><br>　　　　Defendants. | Civil Action: 1:15-CV-1424-WCG<br><br>**DEFENDANTS, SUPERIOR AVIATION LTD. AND QBE INSURANCE CORPORATIONS' FIRST REQUESTS FOR ADMISSIONS AND WRITTEN INTERROGATORY TO DANIEL MCGRAW AND SUSAN MCGRAW** |

Defendants Superior Aviation, LTD, and QBE Insurance Corp., by and through their attorneys, Wilson Elser Moskowitz Edelman and Dicker LLP, by their undersigned counsel, hereby propounds the following Requests for Admission onto Plaintiffs to be answered under oath within thirty days, pursuant to Fed. R. Civ. P. 36:

**REQUEST NO. 1:** Admit that Defendants Superior Aviation, LTD. and QBE Insurance Corp., at all times relevant to the Complaint filed in this matter, did not act maliciously toward Plaintiffs, Daniel McGraw and Susan McGraw.

**REQUEST NO. 2:** Admit that Defendants Superior Aviation, LTD. and QBE Insurance Corp., at all times relevant to the Complaint filed in this matter, did not act in an intentional disregard of the rights of Plaintiffs, Daniel and Susan McGraw.

**REQUEST NO. 3:** Admit that punitive damages are not warranted in this case.

**REQUEST NO. 4:** Admit that Plaintiffs' Second Cause of Action – Punitive Damage Claim may be dismissed with prejudice.

# INTERROGATORY

**INTERROGATORY NO. 1**: If you deny or qualify your response to any of the admissions requested, for each such denial and/or qualification identify:

- (a) each fact upon which you base such denial or qualification;

- (b) each document upon which said denial or qualification is based or which contains any record or reference to or any indication of any facts stated in answer to subsection (a) of this interrogatory; and

- (c) each person who has or claims to have knowledge or information regarding any facts stated in answer to subsection (a) of this interrogatory.

Dated this 5th day of August, 2016.

**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**
Attorneys for Defendants Superior Aviation, LTD, and QBE Insurance Corp.

_____
William J. Katt
State Bar No. 1001506
John P. Loringer
State Bar No. 1059778

Address:
740 N. Plankinton Avenue, Suite 600
Milwaukee, WI 53203
Phone: 414-276-8816
Fax: 414-276-8819
E: william.katt@wilsonelser.com
E: john.loringer@wilsonelser.com

I hereby certify that on August 5, 2016, I served the within document by U.S. Mail upon all parties or their counsel of record, pursuant to Wis. Stats. §§ 801.14(1) and 801.14(2).

_____
LuAnn M. Becker, Legal Secretary

2