# EXHIBIT K

IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

| | |
|---|---|
| DANIEL MCGRAW and<br>SUSAN MCGRAW,<br><br>    Plaintiffs,<br><br>v.<br><br>SUPERIOR AVIATION, LTD.,<br>KUBICK AVIATION SERVICES, INC.,<br>QBE INSURANCE,<br><br>    Defendants. | Civil Action: 1:15-CV-1424-WCG<br><br>**PLAINTIFFS' ANSWERS TO DEFENDANTS, SUPERIOR AVIATION LTD. AND QBE INSURANCE CORPORATIONS', FIRST REQUESTS FOR ADMISSIONS AND WRITTEN INTERROGATORY TO DANIEL MCGRAW AND SUSAN MCGRAW** |

NOW COMES the Plaintiffs, Daniel and Susan McGraw, by their Counsel, The Cochran Firm – Wisconsin LLP and as for their Answers to Superior Aviation Ltd. and QBE Insurance Corporations' First Requests for Admissions and Written Interrogatory to Daniel McGraw and Susan McGraw, state as follows:

**REQUEST NO. 1:** Admit that Defendants Superior Aviation, LTD. and QBE Insurance Corp., at all times relevant to the Complaint filed in this matter, did not act maliciously toward Plaintiffs, Daniel McGraw and Susan McGraw.

**RESPONSE TO REQUEST NO. 1:** Deny. Also, object in that the request calls for a legal conclusion and inappropriately attempts to preclude the issue of punitive damages being resolved at trial.

**REQUEST NO. 2:** Admit that Defendants Superior Aviation, LTD. and QBE Insurance

Corp., at all times relevant to the Complaint filed in this matter, did not act in an intentional disregard of the rights of Plaintiffs, Daniel and Susan McGraw.

**RESPONSE TO REQUEST NO. 2:** Deny. Also, object in that the request calls for a legal conclusion and inappropriately attempts to preclude the issue of punitive damages being resolved at trial.

REQUEST NO. 3: Admit that punitive damages are not warranted in this case.

**RESPONSE TO REQUEST NO. 3:** Deny. Also, object in that the request calls for a legal conclusion and inappropriately attempts to preclude the issue of punitive damages being resolved at trial.

REQUEST NO. 4: Admit that Plaintiffs' Second Cause of Action - Punitive Damage Claim may be dismissed with prejudice.

**RESPONSE TO REQUEST NO. 4:** Deny. Also, object in that the request calls for a legal conclusion, and inappropriately attempts to preclude the issue of punitive damages being resolved at trial and to usurp the Court's decision-making authority.

## INTERROGATORY

INTERROGATORY NO. 1: If you deny or qualify your response to any of the admissions requested, for each such denial and/or qualification identify:

(a) each fact upon which you base such denial or qualification;

(b) each document upon which said denial or qualification is based or which contains any record or reference to or any indication of any facts stated in answer to subsection (a) of this interrogatory; and

(c) each person who has or claims to have knowledge or information regarding any

2

facts stated in answer to subsection (a) of this interrogatory.

**ANSWER TO INTERROGATORY NO. 1 With regard to Requests for Admissions 1-4:**

(a) **Superior Aviation's failure to adequately inspect and repair McGraw's airplane pursuant to 14 CFR Part 43 Appendix D**

(b) (1) Report of Matthew D. Lykins

(2) Report of Matthew G. Robinson

(3) NTSB Probable Cause Determination

(4) FAA Investigation Report

(c) (1) Matthew D. Lykins

(2) Matthew G. Robinson

(3) Alex Dupras

(4) Timothy Spreen

Dated at Milwaukee, Wisconsin this 20th day of September, 2016.

THE COCHRAN FIRM – WISCONSIN LLP
Attorneys for Plaintiffs

By: _____
WILLARD P. TECHMEIER
State Bar No.: 1014112

P.O. Address:
*The Renaissance on Water*
309 N. Water Street, Suite 160
Milwaukee, WI 53202
Phone: (414)223-1050
Fax: (414) 223-4355
Email: wtechmeier@techmeier.com